**DISMISS and Opinion Filed October 31, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00750-CV**

**TRACY NIXON, Appellant**

**V.**

**CORY HUDSON AND MELODY HUDSON, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01617-A**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Goldstein
Opinion by Justice Schenck

Appellant, as a vexatious litigant, must obtain a prefiling order from the local administrative judge granting him permission to file any new litigation, including an appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102, 11.103. Appellant obtained a prefiling order to appeal his lawsuit from justice court to county court. He now attempts to appeal the county court's dismissal order to this Court. Because nothing before this Court showed appellant had secured a prefiling order permitting the filing of this appeal, we directed appellant to file a copy of the order granting him permission. *See id.* § 11.1035(b). In response, appellant filed a copy

of the prefiling order granting him permission to appeal the justice court's judgment to the county court.

Because appellant has not provided this Court with a copy of an order from the local administrative judge granting him permission to appeal the county court's order to this Court, we lack jurisdiction and dismiss the appeal. *See id*. 11.102(a), 11.103(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220750F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TRACY NIXON, Appellant

No. 05-22-00750-CV     V.

CORY HUDSON AND MELODY
HUDSON, Appellees

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-01617-
A.
Opinion delivered by Justice
Schenck. Justices Reichek and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered October 31, 2022